IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01021-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

PAUL CHRISTIAN,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Paul Christian filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on September 9, 2013, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated:  September 9, 2013

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge